OWEN MCNALLY, Appellant, *v.* JAMES E. MANSFIELD, as Mayor of the City of Oswego, et al., Respondents.

*McNally* v. *Mansfield*, 105 App. Div. 629, affirmed.
(Argued December 18, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 5, 1905, which affirmed a judgment of Special Term sustaining a demurrer to and dismissing the complaint in a taxpayer's action to restrain the issuance and sale of bonds of the city of Oswego.

*F. T. Cahill* for appellant.

*Merrick Stowell* and *Francis D. Culkin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.